IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREA SANTIAGO, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) CITY OF CHICAGO, ) a Municipal Corporation, ) ) Defendant. ) ) | Case No. 19-cv-4652 Hon. Matthew F. Kennelly |

**DEFENDANT CITY OF CHICAGO'S**
**MOTION FOR ENTRY OF AGREED CONFIDENTIALITY ORDER**

Defendant City of Chicago respectfully moves the Court, under Fed. R. Civ. P. 26(c), to enter the parties' proposed Agreed Confidentiality Order that is attached as Exhibit A.

**Relevant Discovery Background**

1. Following the parties' exchange of written discovery and non-ESI document productions, classwide discovery was stayed pending appeal of the Court's ruling upon class certification. [Dkt. 90]. Even with the stay of classwide discovery, the City has continued producing ESI. Before further ESI production occurs, however, the City requests entry of the Agreed Confidentiality Order to protect certain information attached as Exhibit A.

**Basis for Protective Order**

2. The City has identified specific categories of confidential ESI information or documents that are subject to protection. *See* Exhibit A, at ¶ 2. ESI or documents that contain trade secrets or confidential technical information that is prohibited from disclosure under Illinois law

1

(765 ILCS 1065 *et seq.*) is one category.[1] The second category is ESI or documents that include non-party personal identifiable information ("PII") prohibited from disclosure under Illinois law (5 ILCS 179/10(b)(1)).[2]

3. The parties' proposed Agreed Confidentiality Order protects confidential information without the need to apply extensive redactions. Without the parties' Agreed Confidentiality Order, the City will have to undertake a burdensome, tedious, and time-consuming email-by-email, page-by-page, line-by-line ESI review to ensure proper confidential redactions are made prior to any public release of such information in the above captioned litigation.

## Parties' Agreed Confidentiality Order

4. The parties have agreed to the substance and form of the proposed Agreed Confidentiality Order, attached as Exhibit A. The substantive changes between the Court's model confidentiality order and the parties' Agreed Confidentiality Order are identified as Exhibit B in the attached redline. Paragraph 2 now includes third parties producing documents pursuant to a subpoena, highlights categories of confidential information known to exist in the at issue ESI, and protects against inadvertant disclosure of categories of confidential information known to exist in the at issue ESI. Paragraph 14(b) now includes the parties' agreement to add the proposed language in the model order footnote 5 detailing the parties' obligations at the conclusion of litigation as to confidential information or documents. All other changes to the model order were bracket selections as necessary for the above captioned matter or formatting adjustments. These minimal changes shown in the parties' proposed Agreed Confidentiality Order from the model order will

---

[1] As a guideline, trade secrets and confidential technical information is also protected from disclosure under the Illinois Freedom of the Information Act (5 ILCS 140/7(1)(g)).
[2] As a guideline, PII is also protected from disclosure under FOIA (5 ILCS 140/2(c-5)).

help minimize discovery disputes, protect sensitive information contained within documents, and allow Plaintiff to view such sensitive information for the purposes of the instant litigation only.

WHEREFORE, Defendant City of Chicago respectfully requests that this Court enter the Parties' Agreed Confidentiality Order, attached hereto as Exhibit A.

Dated: October 19, 2021

Respectfully submitted:

By: _____/s/ J. David Duffy_____
     One of Defendant's Attorneys

J. David Duffy
dduffy@thompsoncoburn.com
Patrick Morales-Doyle
pmoralesdoyle@thompsoncoburn.com
THOMPSON COBURN LLP
55 East Monroe Street, 37th Floor
Chicago, Illinois 60603

Jennifer Zlotow
jennifer.zlotow@cityofchicago.org
Peter Hardt Cavanaugh
peter.cavanaugh@cityofchicago.org
CITY OF CHICAGO DEPARTMENT OF LAW
30 N. LaSalle Street, Suite 1230
Chicago, Illinois 60602

## **CERTIFICATE OF SERVICE**

    I hereby certify that on **October 19, 2021**, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record in this action.

                                                */s/ Melissa F. Gold*