# EXHIBIT A



55 East Monroe Street  
37th Floor  
Chicago, IL 60603

312 346 7500 main  
312 580 2201 fax  
thompsoncoburn.com

**J. David Duffy**
312 580 2225 direct
dduffy@thompsoncoburn.com

December 2, 2021

**VIA ELECTRONIC MAIL**
jzolna@cherry-law.com

Jacie C. Zolna
Myron M. Cherry & Associates, LLC
30 North LaSalle Street, Suite 2300
Chicago, IL 60602

Re: *Santiago et al v. City of Chicago,* **Case No. 19-cv-4652**
**City's ESI Productions**

Dear Jacie:

Responding to your request for an update on the status of the City's ESI production. The City has produced the following sets of ESI so far:

- Vol 01 and 02 Bates Nos. C000592 to C044214,
- Vol 03 Bates Nos. C044215 to C055802,
- Vol 04 Bates Nos. C055803 to C056976,
- Vol 05 Bates Nos. C056977 to C062843,
- Vol 06 Bates Nos. C062844 to C063156, and
- Vol 07 Bates Nos. C063157 to C063298.

The City still has several categories of ESI that have been collected but not produced. These categories contain ESI relevant to class discovery that is still stayed. The City has not agreed to produce documents that are covered by the stay, particularly as those documents contain personal information related to City residents. As an opinion will almost certainly be received soon, the only prudent course of action is to await that decision before turning over these remaining documents. However, in order for you to have the opportunity to evaluate these documents and the information they contain, the City is producing redacted samples of each category in ESI Vol 07. This volume includes:

- Complaints regarding abandoned vehicle(s) from an Alderman's office,
- Complaints regarding abandoned vehicle(s) from the City's Feedback Form,
- Complaints regarding abandoned vehicle(s) to DSS,
- Complaints regarding abandoned vehicle(s) to the Mayor's Office,
- Internal DSS inquiries regarding the status of abandoned vehicle(s),
- Notification Letters regarding abandoned vehicle(s),
- City Service Request Summary Reports,
- City Service Request Query Reports, and
- Abandoned Hearing Chart Summaries.

Mr. Zolna
December 2, 2021
Page 2


I'd be glad to confer about these categories of ESI should you wish to do so.

Finally, we are finalizing a privilege log for documents that were withheld from the City's productions. We are trying to complete the log in advance of the next status hearing.

We are also preparing the status report.

Very truly yours,

Thompson Coburn LLP

By
    J. David Duffy

cc:
    Benjamin Swetland    bswetland@cherry-law.com
    Jennifer Zlotow    Jennifer.Zlotow@cityofchicago.org
    Peter Cavanaugh    Peter.Cavanaugh@cityofchicago.org
    Patrick Morales-Doyle    pmoralesdoyle@thompsoncoburn.com
    Melissa Gold    mgold@thompsoncoburn.com