# EXHIBIT B

**From:** Roberto-Edvin Funez <Roberto-Edvin.Funez@cityofchicago.org>
**Sent:** Thursday, February 06, 2020 1:41 PM CST
**To:** Robert Dyckman <Robert.Dyckman@cityofchicago.org>
**CC:** Nilda Montanez <Nilda.Montanez@cityofchicago.org>
**Subject:** 1138 N. Francisco / 1139 N. Francisco Abandoned Vehicles
**Attachment(s):** "IMG_0720.jpg","IMG_0753.jpg"

Good morning  Mr. Dyckman when possible can you please send an inspector to put a seven day tow notice at the following locations per ▓▓▓▓ cars have been parked at locations for a month I have attached pictures hope they help.

1. 1139 N. Francisco   Silver Pontiac Van           SR20-03469291
2. 1138 N. Francisco   Beige Chevy Cavalier         SR20-03470011

Thank you

Edvin Roberto Funez
Constituent Service Advocate For
26th Ward Alderman Roberto Maldonado
O: 773.395.0143 X16
F: 773.395.0146
C:773-719-5820
Roberto-Edvin.Funez@cityofchicago.org

www.robertomaldonado.com

_____
This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

CONFIDENTIAL                                                                                                                                          C063157





CONFIDENTIAL
C063159