# EXHIBIT C

**From:** StreetsAndSan <StreetsAndSan@cityofchicago.org>
**Sent:** Monday, May 23, 2016 3:50 PM CDT
**To:** Sorfleet, Steve <Steve.Sorfleet@cityofchicago.org>
**CC:** Sullivan, Marianne <Marianne.Sullivan@cityofchicago.org>
**Subject:** Fw: Complaints : abandoned car

Abandoned vehicle service request.

---

**From:** CITYFEEDBACK
**Sent:** Monday, May 23, 2016 2:28 PM
**To:** StreetsAndSan
**Subject:** Fw: Complaints : abandoned car

---

From: DoNotReply@cityofchicago.org <DoNotReply@cityofchicago.org>
Sent: Saturday, May 21, 2016 3:46 PM
To: CITYFEEDBACK
Subject: Complaints : abandoned car

4311 n monticello chicago il 60618
Plate# ▬▬▬▬ 2005 jeep cherokee suv 4 door black .parked 15 days
Thank you

---

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　C063299