# EXHIBIT D

**From:** Itounas, Christina <Christina.Itounas@cityofchicago.org>
**Sent:** Thursday, October 23, 2014 7:28 AM CDT
**To:** Sorfleet, Steve <Steve.Sorfleet@cityofchicago.org>
**Subject:** Re: Tickler Doc # 23558

I never doubt your work. THank you for your thorough and quick response.
YOUR THE BEST DEPUTY WE HAVE!


*Christina Itounas*
Assistant to the Commissioner
Department of Streets and Sanitation
Commissioner's Office
121 N. LaSalle / Room 1107
Chicago, IL. 60602
Phone: 312-744-0714
Fax: 312-744-4737

---

**From:** Sorfleet, Steve
**Sent:** Wednesday, October 22, 2014 4:17 PM
**To:** Cosgrove, Barbara
**Cc:** Sullivan, Marianne; Itounas, Christina
**Subject:** RE: Tickler Doc # 23558

Hi Christina,

The appropriate action has already been taken. The owner called the number on the pre-tow letter and explained that the vehicle was not abandoned. The Abandoned Vehicle staff completed the CSR Request with a status of Return to Owner and cancelled the tow order back on October 17, 2014.

It appears that we first identified this vehicle as an apparent abandoned vehicle on June 23, 2014 when we were on the 5200 block of Dorchester to investigate one other possible abandoned vehicle. The FVI noticed this vehicle with debris around it determined it may be abandoned.

The second time we first identified this vehicle as an apparent abandoned vehicle was on October 15, 2014 after receiving two 311 complaints that were entered by someone using Spot311. One request was processed while the other was completed as a duplicate.

In each case where we did identify the vehicle as an apparent abandoned vehicle, the process did work precisely as it should. The owners of the vehicle were notified via a certified mailing that informed them of our findings and their right to hearing. The owners called the number on the letter and staff immediately pulled the paperwork from the tow orders and closed out the 311 Service Request.

If you read the Description near the bottom of the page in the last document of the attached you will see that the complaint is more about how difficult it is to find parking in Hyde Park and this vehicle is sitting on the street. The majority of the abandoned vehicle complaints we receive are just like this one. Nothing more than someone upset that a vehicle is occupying a parking spot on their block.


-----Original Message-----
From: Itounas, Christina
Sent: Wednesday, October 22, 2014 1:42 PM
To: Sorfleet, Steve
Subject: Tickler Doc # 23558

Please open the attached correspondence sent to Commissioner Williams.
Please investigate and take appropriate action to resolve.
Please send a response back to the attention of Barb Cosgrove so we can repsond to writer.

Thanking you in advance.


Christina Itounas
Assistant to the Commissioner
Department of Streets and Sanitation
Commissioner's Office
121 N. LaSalle / Room 1107
Chicago, IL. 60602
Phone: 312-744-0714
Fax: 312-744-4737

_____
This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

_____
This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

**CONFIDENTIAL**