# EXHIBIT E

**From:** Sorfleet, Steve <Steve.Sorfleet@cityofchicago.org>
**Sent:** Monday, March 14, 2016 11:09 AM CDT
**To:** Sarno, Anthony <Anthony.Sarno@cityofchicago.org>; Higginbotham, William <William.Higginbotham@cityofchicago.org>
**CC:** Laws, Lisa <Lisa.Laws@cityofchicago.org>
**Subject:** FW: Resident Call: Abandoned Vehicle
**Attachment(s):** "16-00683281.pdf","16-00715799.pdf","16-01530373.pdf","16-01530409.pdf"

Anthony,

**This is a priority.**  Have this checked ASAP and send me a report of the action taken.  I have attached additional SKA's on the same block.  Please have all of them checked.

Steve

---

**From:** Stallard, Cole
**Sent:** Monday, March 14, 2016 10:59 AM
**To:** Sorfleet, Steve
**Subject:** Fw: Resident Call: Abandoned Vehicle

Fyi below

---

**From:** Laws, Lisa
**Sent:** Monday, March 14, 2016 9:50 AM
**To:** DeLopez, Debbie; Stallard, Cole
**Subject:** Resident Call: Abandoned Vehicle

From Reception: "There has been an abandoned car on **98th between Harvard and Princeton** for two months (grey, PT Cruiser). The windows have now been broken and kids are doing illegal things in the car (according to the lady). She has called the police many times with no action
she didn't leave a name or number"

Lisa M. Laws | Deputy Chief Operating Officer | Office of Mayor Rahm Emanuel
City Hall | 121 N. LaSalle St. | Room 406 | Chicago, IL | 60602
312-744-1771 (office) | 312-434-7194 (cell) | Lisa.Laws@cityofchicago.org

---

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

# Service Request Summary Report
## 16-00683281

Printed Date: Mar 14, 2016 11:06 AM

| | |
|---|---|
| Type: Abandoned Vehicle Complaint | SR #: 16-00683281 |
| Area: Ward 21 | Priority: Standard |
| Group: Bureau of Traffic Services - S/S | Status: Open |
| Jurisdiction: City of Chicago | Status Date: Feb 03, 2016 10:21 AM |
| Input By: MICELE, LISA | Created Date: Feb 03, 2016 10:21 AM |
| CC Groups: | Created As: Original |
| Location: 9820 S PRINCETON AVE, CHICAGO, IL, 60628, COOK | Method Received: Phone call |
| Location Details: | |

| Flex Questions | Answers |
|---|---|
| Vehicle Make/Model | Chevrolet |
| Vehicle Body Style | Sedan 2 Door |
| How many days has the vehicle been parked? | 30 |
| Vehicle Color | Gray |
| Vehicle license plate number | NO PLATES |
| Does this vehicle have missing plates? | Yes |
| Vehicle Condition | not good no tires |
| Reason for towing the vehicle | Abandoned - Immediate |

| Participants | Name | Address | Phones |
|---|---|---|---|
| NO PARTICIPANTS WITH INFO | | | |

Description: Street - Chevrolet - Sedan 2 Door - Gray - NON - NO PLATES - not good no tires - Abandoned - Immediate

| Activities | Assigned Staff | Due Date | Complete Date |
|---|---|---|---|
| FVI - Outcome | LEWIS, ZACHARY | | |

Page 1 of 1

CONFIDENTIAL                                                                                                                                     C063295

# Service Request Summary Report
## 16-00715799

Printed Date: Mar 14, 2016 11:04 AM

| | | | |
|---|---|---|---|
| Type: | Abandoned Vehicle Complaint | SR #: | 16-00715799 |
| Area: | Ward 21 | Priority: | Standard |
| Group: | Bureau of Traffic Services - S/S | Status: | Open |
| Jurisdiction: | City of Chicago | Status Date: | Feb 04, 2016 05:44 PM |
| Input By: | BISHOP, EUNICE | Created Date: | Feb 04, 2016 05:44 PM |
| CC Groups: | | Created As: | Original |
| Location: | 9818 S PRINCETON AVE, CHICAGO, IL, 60628, COOK | Method Received: | Phone call |
| Location Details: | | | |

| Flex Questions | Answers |
|---|---|
| Vehicle Make/Model | Chrysler |
| Vehicle Body Style | Sedan 4 Door |
| How many days has the vehicle been parked? | 30 |
| Vehicle Color | Silver |
| Vehicle license plate number | NO PLATES |
| Does this vehicle have missing plates? | Yes |
| What city issued vehicle tag number? | UNKNOWN |
| Vehicle Condition | PASSAGER SIDE WINDOW IS MISSING AND COVERED WITH PLASTIC - |

| Participants | Name | Address | Phones |
|---|---|---|---|
| CALLER / CONTACT | ANONYMOUS | CHICAGO, IL, 60628 | |

Description: 9817 S HARVARD - Street - Chrysler - PT CRUISER  Sedan 4 Door - Silver - NO PLATES - UNKNOWN - PASSAGER SIDE WINDOW IS MISSING AND COVERED WITH PLASTIC -

| Activities | Assigned Staff | Due Date | Complete Date |
|---|---|---|---|
| FVI - Outcome | LEWIS, ZACHARY | | |

Page 1 of 1

CONFIDENTIAL

C063296

# Service Request Summary Report
## 16-01530373

Printed Date: Mar 14, 2016 11:07 AM

| | | | |
|---|---|---|---|
| Type: | Abandoned Vehicle Complaint | SR #: | 16-01530373 |
| Area: | Ward 21 | Priority: | Standard |
| Group: | Bureau of Traffic Services - S/S | Status: | Open |
| Jurisdiction: | City of Chicago | Status Date: | Mar 09, 2016 05:49 PM |
| Input By: | MALOZZI, MARIA T | Created Date: | Mar 09, 2016 05:49 PM |
| CC Groups: | | Created As: | Original |
| Location: | 9810 S HARVARD AVE, CHICAGO, IL, 60628, COOK | Method Received: | Phone call |
| Location Details: | | | |

| Flex Questions | Answers |
|---|---|
| Vehicle Make/Model | Chrysler |
| Vehicle Body Style | Sedan 2 Door |
| How many days has the vehicle been parked? | 30 |
| Vehicle Color | Gray |
| Vehicle license plate number | NO PLATES / WINDOWS ARE BROKEN |

| Participants | Name | Address | Phones |
|---|---|---|---|
| NO PARTICIPANTS WITH INFO | | | |

Description: BETWEEN PRINCETON AND HARVARD ON 98TH PLACE - Street - Chrysler - Sedan 2 Door - Gray - NO PLATES / WINDOWS ARE BROKEN

| Activities | Assigned Staff | Due Date | Complete Date |
|---|---|---|---|
| FVI - Outcome | LEWIS, ZACHARY | | |

Page 1 of 1

CONFIDENTIAL

C063297

# Service Request Summary Report
## 16-01530409

Printed Date: Mar 14, 2016 11:05 AM

| | | | |
|---|---|---|---|
| Type: | Abandoned Vehicle Complaint | SR #: | 16-01530409 |
| Area: | Ward 21 | Priority: | Standard |
| Group: | Bureau of Traffic Services - S/S | Status: | Open |
| Jurisdiction: | City of Chicago | Status Date: | Mar 09, 2016 05:52 PM |
| Input By: | MALOZZI, MARIA T | Created Date: | Mar 09, 2016 05:51 PM |
| CC Groups: | | Created As: | Original |
| Location: | 9808 S PRINCETON AVE, CHICAGO, IL, 60628, COOK | Method Received: | Phone call |

Location Details:

| Flex Questions | Answers |
|---|---|
| Vehicle Make/Model | (Unlisted Make) |
| Vehicle Body Style | Sedan 4 Door |
| How many days has the vehicle been parked? | 30 |
| Vehicle Color | Brown |
| Vehicle license plate number | KIDS JUMPED OUT THE CAR AND GOT INTO OTHER VEHICLE .... |

| Participants | Name | Address | Phones |
|---|---|---|---|
| NO PARTICIPANTS WITH INFO | | | |

Description: Sedan 4 Door - Brown - (Unlisted Make) - KIDS JUMPED OUT THE CAR AND GOT INTO OTHER VEHICLE ....

| Activities | Assigned Staff | Due Date | Complete Date |
|---|---|---|---|
| FVI - Outcome | LEWIS, ZACHARY | | |

Page 1 of 1

CONFIDENTIAL C063298