# EXHIBIT F

**From:** Hayes, Nicole <Nicole.Hayes@cityofchicago.org>
**Sent:** Monday, March 17, 2014 2:01 PM CDT
**To:** Sorfleet, Steve
**Subject:** RE: Abandoned Vehicle Complaint Called In

7 day tow notice applied by 450
1353 and 1355

---

**From:** Sorfleet, Steve [Steve.Sorfleet@cityofchicago.org]
**Sent:** Friday, March 14, 2014 1:41 PM
**To:** Hayes, Nicole; Sarno, Anthony
**Subject:** Abandoned Vehicle Complaint Called In

Please check for 2 abandoned motorcycles with flat tires at 1348 N Cleveland. Let me know what is found and done.

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.