# EXHIBIT H

**From:** Steve Sorfleet <Steve.Sorfleet@cityofchicago.org>
**Sent:** Friday, January 11, 2019 11:31 AM CST
**To:** Anthony Sarno <Anthony.Sarno@cityofchicago.org>
**CC:** William Higginbotham <William.Higginbotham@cityofchicago.org>; Janet Gay <Janet.Gay@cityofchicago.org>; Robert Dyckman <Robert.Dyckman@cityofchicago.org>
**Subject:** 3543 W 85TH ST 19-00000752
**Attachment(s):** "getjobid3557.pdf"

Have this checked ASAP and send me a report of the action taken.

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

**CONFIDENTIAL** C063162

# Service Request Summary Report
## 19-00000752

Printed Date: Jan 11, 2019 11:28 AM

| | |
|---|---|
| Type: | Abandoned Vehicle Complaint |
| Area: | Ward 18 |
| Group: | Bureau of Traffic Services - S/S |
| Jurisdiction: | City of Chicago |
| Input By: | |
| CC Groups: | |
| Location: | 3543 W 85TH ST, CHICAGO, IL, 60652, COOK |

| | |
|---|---|
| SR #: | 19-00000752 |
| Priority: | Standard |
| Status: | Open |
| Status Date: | Jan 02, 2019 02:04 PM |
| Created Date: | Jan 02, 2019 02:04 PM |
| Created As: | Original |
| Method Received: | Phone call |

Location Details:

| Flex Questions | Answers |
|---|---|
| Vehicle Make/Model | Dodge |
| Vehicle Body Style | Pickup |
| How many days has the vehicle been parked? | 30 |
| Vehicle Color | Black |
| Vehicle license plate number | ▬▬▬▬▬ |
| State that issued license plate | Illinois |
| Does this vehicle have missing plates? | No |
| Reason for towing the vehicle | Abandoned - Immediate |

| Participants | Name | Address | Phones |
|---|---|---|---|
| CALLER / CONTACT | *ANONYMOUS | NULL | |

Description:

| Activities | Assigned Staff | Due Date | Complete Date |
|---|---|---|---|
| Initial Inspection | LEWIS, ZACHARY | Feb 11, 2019 02:04 PM | |

Page 1 of 1

CONFIDENTIAL                                                                                                                     C063163