# EXHIBIT I

**From:** Michael Lacoco <Michael.Lacoco@cityofchicago.org>
**Sent:** Thursday, January 16, 2020 2:36 PM CST
**To:** Robert Dyckman <Robert.Dyckman@cityofchicago.org>
**Attachment(s):** "getjobid1405.pdf"

---

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　C063164

# CSR Customer Service Request System
## Service Request Query Report

Report Date: Jan 16, 2020 02:35 PM

**Number of Records Printed:** 62

**Query Criteria:** Type - Abandoned Vehicle Complaint
Status - Open
Start Date - NOV 1, 2019
End Date - DEC 15, 2019

| SR # | Type | Location | Area | Created Date | Activity Date | Status | Group | Description |
|---|---|---|---|---|---|---|---|---|
| 19-00167447 | Abandoned Vehicle Complaint | 1211 W WEBSTER , CHICAGO, IL, 60614 COOK | 2-Ward | Dec 03, 2019 02:48 PM | DEC 26, 2019 11:30 AM | Open | Bureau of Traffic Services - S/S | |
| 19-00167574 | Abandoned Vehicle Complaint | 3540 W ALTGELD , CHICAGO, IL, 60647 COOK | 35-Ward | Dec 03, 2019 06:46 PM | DEC 27, 2019 09:51 AM | Open | Bureau of Traffic Services - S/S | Abandoned vehicle with flat tires |
| 19-00167617 | Abandoned Vehicle Complaint | 4749 N SACRAMENTO AVE , CHICAGO, IL, 60625 COOK | 33-Ward | Dec 03, 2019 08:37 PM | DEC 30, 2019 08:37 AM | Open | Bureau of Traffic Services - S/S | |
| 19-00167930 | Abandoned Vehicle Complaint | 9630 S HALSTED ST , CHICAGO, IL, 60628 COOK | 21-Ward | Dec 04, 2019 08:58 AM | DEC 23, 2019 09:19 AM | Open | Bureau of Traffic Services - S/S | |
| 19-00167953 | Abandoned Vehicle Complaint | 2028 N LATROBE AVE , CHICAGO, IL, 60639 COOK | 36-Ward | Dec 04, 2019 09:25 AM | DEC 16, 2019 07:46 AM | Open | Bureau of Traffic Services - S/S | |
| 19-00168127 | Abandoned Vehicle Complaint | 3630 W 49TH PL , CHICAGO, IL, 60632 COOK | 14-Ward | Dec 04, 2019 12:40 PM | DEC 24, 2019 09:48 AM | Open | Bureau of Traffic Services - S/S | |
| 19-00168396 | Abandoned Vehicle Complaint | 1341 W ESTES AVE , CHICAGO, IL, 60626 COOK | 49-Ward | Dec 04, 2019 03:13 PM | DEC 24, 2019 09:27 AM | Open | Bureau of Traffic Services - S/S | |
| 19-00168398 | Abandoned Vehicle Complaint | 1345 W ESTES AVE , CHICAGO, IL, 60626 COOK | 49-Ward | Dec 04, 2019 03:16 PM | DEC 24, 2019 09:23 AM | Open | Bureau of Traffic Services - S/S | |
| 19-00168511 | Abandoned Vehicle Complaint | 7353 N PAULINA ST , CHICAGO, IL, 60626 COOK | 49-Ward | Dec 04, 2019 07:01 PM | DEC 24, 2019 09:38 AM | Open | Bureau of Traffic Services - S/S | |
| 19-00168523 | Abandoned Vehicle Complaint | 5042 N OAKLEY AVE , CHICAGO, IL, 60625 COOK | 40-Ward | Dec 04, 2019 07:28 PM | DEC 23, 2019 08:40 AM | Open | Bureau of Traffic Services - S/S | Car is on the west side of the street at the corner of Oakley and the alley |
| 19-00169107 | Abandoned Vehicle Complaint | 2054 W BIRCHWOOD AVE , CHICAGO, IL, 60645 COOK | 49-Ward | Dec 05, 2019 01:38 PM | DEC 24, 2019 10:11 AM | Open | Bureau of Traffic Services - S/S | |
| 19-00169260 | Abandoned Vehicle Complaint | 3152 W BELLE PLAINE AVE , CHICAGO, IL, 60618 COOK | 33-Ward | Dec 05, 2019 03:29 PM | DEC 30, 2019 08:48 AM | Open | Bureau of Traffic Services - S/S | XTERRA |
| 19-00169263 | Abandoned Vehicle Complaint | 2737 W FITCH AVE , CHICAGO, IL, 60645 COOK | 50-Ward | Dec 05, 2019 03:53 PM | DEC 13, 2019 10:39 AM | Open | Bureau of Traffic Services - S/S | |

CONFIDENTIAL                          C063165

# CSR Customer Service Request System
## Service Request Query Report

Report Date: Jan 16, 2020 02:35 PM

**Number of Records Printed:** 62

**Query Criteria:** Type - Abandoned Vehicle Complaint
Status - Open
Start Date - NOV 1, 2019
End Date - DEC 15, 2019

| SR # | Type | Location | Area | Created Date | Activity Date | Status | Group | Description |
|---|---|---|---|---|---|---|---|---|
| 19-00169322 | Abandoned Vehicle Complaint | 7945 S STATE ST, CHICAGO, IL, 60619 COOK | 6-Ward | Dec 06, 2019 08:02 AM | DEC 23, 2019 08:39 AM | Open | Bureau of Traffic Services - S/S | |
| 19-00169331 | Abandoned Vehicle Complaint | 401 S CLINTON ST, CHICAGO, IL, 60607 COOK | 25-Ward | Dec 06, 2019 08:14 AM | DEC 30, 2019 09:48 AM | Open | Bureau of Traffic Services - S/S | Vehicle has been parked for more than a month with flat tires |
| 19-00169748 | Abandoned Vehicle Complaint | 5055 S SPAULDING AVE, CHICAGO, IL, 60632 COOK | 14-Ward | Dec 06, 2019 02:17 PM | DEC 23, 2019 09:16 AM | Open | Bureau of Traffic Services - S/S | green toyota 4dr flat tiresdamaged |
| 19-00169778 | Abandoned Vehicle Complaint | 7855 S MAY, CHICAGO, IL, 60620 COOK | 17-Ward | Dec 06, 2019 11:39 PM | DEC 23, 2019 10:54 AM | Open | Bureau of Traffic Services - S/S | |
| 19-00169787 | Abandoned Vehicle Complaint | 4063 S ELLIS AVE, CHICAGO, IL, 60653 COOK | 4-Ward | Dec 07, 2019 08:09 AM | DEC 23, 2019 07:31 AM | Open | Bureau of Traffic Services - S/S | flat tire |
| 19-00169843 | Abandoned Vehicle Complaint | 1236 W 80TH, CHICAGO, IL, 60620 COOK | 21-Ward | Dec 07, 2019 03:48 PM | DEC 24, 2019 09:26 AM | Open | Bureau of Traffic Services - S/S | two flat tires |
| 19-00169878 | Abandoned Vehicle Complaint | 2740 W HIRSCH, CHICAGO, IL, 60622 COOK | 1-Ward | Dec 08, 2019 12:30 PM | DEC 27, 2019 08:07 AM | Open | Bureau of Traffic Services - S/S | Green Jeep with broken windows Hasnt moved since at least Nov 18th the day before street cleaning submitted via httpsseeclickfixcomissues7072210 |
| 19-00169908 | Abandoned Vehicle Complaint | 1747 W CARMEN AVE, CHICAGO, IL, 60640 COOK | 40-Ward | Dec 08, 2019 09:03 PM | DEC 23, 2019 09:12 AM | Open | Bureau of Traffic Services - S/S | Car city sticker shows Deer Park IL |
| 19-00169915 | Abandoned Vehicle Complaint | 6721 S MORGAN ST, CHICAGO, IL, 60621 COOK | 6-Ward | Dec 08, 2019 11:52 PM | DEC 23, 2019 10:08 AM | Open | Bureau of Traffic Services - S/S | front end damage and driver side damage |
| 19-00169939 | Abandoned Vehicle Complaint | 1402 N WESTERN, CHICAGO, IL, 60622 COOK | 1-Ward | Dec 09, 2019 08:25 AM | DEC 26, 2019 09:30 AM | Open | Bureau of Traffic Services - S/S | |
| 19-00169944 | Abandoned Vehicle Complaint | 6322 S WINCHESTER AVE, CHICAGO, IL, 60636 COOK | 15-Ward | Dec 09, 2019 08:34 AM | DEC 26, 2019 09:49 AM | Open | Bureau of Traffic Services - S/S | |
| 19-00170571 | Abandoned Vehicle Complaint | 2336 W 104TH ST, CHICAGO, IL, 60643 COOK | 19-Ward | Dec 09, 2019 03:50 PM | DEC 27, 2019 08:51 AM | Open | Bureau of Traffic Services - S/S | |

CONFIDENTIAL                C063166

# CSR Customer Service Request System
## Service Request Query Report

Report Date: Jan 16, 2020 02:35 PM

**Number of Records Printed:** 62

**Query Criteria:** Type - Abandoned Vehicle Complaint
Status - Open
Start Date - NOV 1, 2019
End Date - DEC 15, 2019

| SR # | Type | Location | Area | Created Date | Activity Date | Status | Group | Description |
|---|---|---|---|---|---|---|---|---|
| 19-00170587 | Abandoned Vehicle Complaint | 2801 W 86TH PL , CHICAGO, IL, 60652 COOK | 18-Ward | Dec 09, 2019 06:38 PM | DEC 27, 2019 09:34 AM | Open | Bureau of Traffic Services - S/S | Truck is on a flat tire |
| 19-00170597 | Abandoned Vehicle Complaint | 1541 W WOLFRAM , CHICAGO, IL, 60657 COOK | 32-Ward | Dec 10, 2019 01:45 AM | DEC 30, 2019 09:19 AM | Open | Bureau of Traffic Services - S/S | |
| 19-00170961 | Abandoned Vehicle Complaint | 6832 S WOLCOTT AVE , CHICAGO, IL, 60636 COOK | 17-Ward | Dec 10, 2019 10:04 AM | DEC 26, 2019 01:08 PM | Open | Bureau of Traffic Services - S/S | flat tires |
| 19-00171023 | Abandoned Vehicle Complaint | 6333 W 63RD PL , CHICAGO, IL, 60638 COOK | 23-Ward | Dec 10, 2019 10:22 AM | DEC 26, 2019 08:55 AM | Open | Bureau of Traffic Services - S/S | Green Chevy Tahoe has been sitting in the same spot for several weeks Dont think it belongs to anyone on the block |
| 19-00171044 | Abandoned Vehicle Complaint | 7240 S EBERHART AVE , CHICAGO, IL, 60619 COOK | 6-Ward | Dec 10, 2019 10:49 AM | DEC 23, 2019 09:09 AM | Open | Bureau of Traffic Services - S/S | It says Johnson Control on the van |
| 19-00171062 | Abandoned Vehicle Complaint | 3739 E 107 , CHICAGO, IL, 60617 COOK | 10-Ward | Dec 10, 2019 11:10 AM | DEC 27, 2019 07:43 AM | Open | Bureau of Traffic Services - S/S | Vehicle was left over a month ago on north side of property and hasnt being move since Indiana platesnull |
| 19-00171232 | Abandoned Vehicle Complaint | 657 E 72ND ST , CHICAGO, IL, 60619 COOK | 6-Ward | Dec 10, 2019 01:52 PM | DEC 23, 2019 09:20 AM | Open | Bureau of Traffic Services - S/S | The truck has been sitting in the same spot for the past 10 days No has been seen checking on the truck No one has moved the truck Its a white F350 box truck |
| 19-00171254 | Abandoned Vehicle Complaint | 1937 W 82ND , CHICAGO, IL, 60620 COOK | 17-Ward | Dec 10, 2019 03:25 PM | DEC 26, 2019 12:38 PM | Open | Bureau of Traffic Services - S/S | 82ND ST SIDE |
| 19-00171291 | Abandoned Vehicle Complaint | 1556 N GREENVIEW , CHICAGO, IL, 60642 COOK | 2-Ward | Dec 10, 2019 09:37 PM | DEC 27, 2019 07:16 AM | Open | Bureau of Traffic Services - S/S | EAST SIDE OF THE BUILDING NEAR THE RAMP FOR THE EXPRESSWAY |
| 19-00171625 | Abandoned Vehicle Complaint | 6700 N BOSWORTH AVE , CHICAGO, IL, 60626 COOK | 49-Ward | Dec 11, 2019 09:32 AM | DEC 24, 2019 08:19 AM | Open | Bureau of Traffic Services - S/S | Car has presently been disabled for months and has rear left flat tire Its on Bosworth Ave at the southwest corner of Bosworth North Shore Its a gold Crown Victoria |
| 19-00172231 | Abandoned Vehicle Complaint | 1429 W 19TH ST , CHICAGO, IL, 60608 COOK | 25-Ward | Dec 11, 2019 05:51 PM | JAN 03, 2020 10:51 AM | Open | Bureau of Traffic Services - S/S | Flat Tire Soft Top |

CONFIDENTIAL C063167

# CSR Customer Service Request System
## Service Request Query Report

Report Date: Jan 16, 2020 02:35 PM

**Number of Records Printed:** 62

**Query Criteria:** Type - Abandoned Vehicle Complaint
Status - Open
Start Date - NOV 1, 2019
End Date - DEC 15, 2019

| SR # | Type | Location | Area | Created Date | Activity Date | Status | Group | Description |
|---|---|---|---|---|---|---|---|---|
| 19-00172247 | Abandoned Vehicle Complaint | 6310 S CLAREMONT AVE, CHICAGO, IL, 60636 COOK | 16-Ward | Dec 11, 2019 10:54 PM | DEC 30, 2019 09:09 AM | Open | Bureau of Traffic Services - S/S | flat on front tirewith a rag top |
| 19-00172335 | Abandoned Vehicle Complaint | 4740 S FAIRFIELD AVE, CHICAGO, IL, 60632 COOK | 14-Ward | Dec 12, 2019 09:25 AM | DEC 27, 2019 09:52 AM | Open | Bureau of Traffic Services - S/S | car is damaged in front |
| 19-00172361 | Abandoned Vehicle Complaint | 4420 S ROCKWELL ST, CHICAGO, IL, 60632 COOK | 15-Ward | Dec 12, 2019 10:52 AM | DEC 30, 2019 07:27 AM | Open | Bureau of Traffic Services - S/S | a light beige or silver metallic |
| 19-00172536 | Abandoned Vehicle Complaint | 5456 S RIDGEWOOD, CHICAGO, IL, 60615 COOK | 5-Ward | Dec 12, 2019 01:04 PM | JAN 03, 2020 08:04 AM | Open | Bureau of Traffic Services - S/S | Car has 3 flat tires |
| 19-00172633 | Abandoned Vehicle Complaint | 614 W STRATFORD PL, CHICAGO, IL, 60657 COOK | 46-Ward | Dec 12, 2019 04:23 PM | JAN 03, 2020 08:38 AM | Open | Bureau of Traffic Services - S/S | |
| 19-00172635 | Abandoned Vehicle Complaint | 8445 S ABERDEEN ST, CHICAGO, IL, 60620 COOK | 21-Ward | Dec 12, 2019 04:32 PM | JAN 02, 2020 09:13 AM | Open | Bureau of Traffic Services - S/S | RIGHT TYRIDE IS OUT |
| 19-00172647 | Abandoned Vehicle Complaint | 2340 W CULLOM, CHICAGO, IL, 60618 COOK | 47-Ward | Dec 12, 2019 07:17 PM | JAN 06, 2020 07:21 AM | Open | Bureau of Traffic Services - S/S | There are two covered motorbikes on the north side of the street They are never moved |
| 19-00172666 | Abandoned Vehicle Complaint | 2503 W MELROSE, CHICAGO, IL, 60618 COOK | 47-Ward | Dec 13, 2019 04:51 AM | JAN 06, 2020 08:27 AM | Open | Bureau of Traffic Services - S/S | |
| 19-00172675 | Abandoned Vehicle Complaint | 10531 S CALHOUN AVE, CHICAGO, IL, 60617 COOK | 10-Ward | Dec 13, 2019 07:18 AM | DEC 27, 2019 08:48 AM | Open | Bureau of Traffic Services - S/S | |
| 19-00172766 | Abandoned Vehicle Complaint | 9643 S ESCANABA AVE, CHICAGO, IL, 60617 COOK | 10-Ward | Dec 13, 2019 09:24 AM | DEC 27, 2019 10:10 AM | Open | Bureau of Traffic Services - S/S | |
| 19-00172903 | Abandoned Vehicle Complaint | 4715 S ST LAWRENCE, CHICAGO, IL, 60615 COOK | 4-Ward | Dec 13, 2019 10:27 AM | JAN 02, 2020 07:19 AM | Open | Bureau of Traffic Services - S/S | |
| 19-00172931 | Abandoned Vehicle Complaint | 5220 W ALTGELD ST, CHICAGO, IL, 60639 COOK | 31-Ward | Dec 13, 2019 11:49 AM | DEC 26, 2019 08:51 AM | Open | Bureau of Traffic Services - S/S | car has been in an accident |
| 19-00173015 | Abandoned Vehicle Complaint | 3020 N HAUSSEN CT, CHICAGO, IL, 60618 COOK | 30-Ward | Dec 13, 2019 02:43 PM | DEC 16, 2019 11:51 AM | Open | Bureau of Traffic Services - S/S | WHEEL IS WRECKED |

CONFIDENTIAL                                                                                                      C063168

**CSR Customer Service Request System**
**Service Request Query Report**

Report Date: Jan 16, 2020 02:35 PM

**Number of Records Printed:** 62
**Query Criteria:** Type - Abandoned Vehicle Complaint
Status - Open
Start Date - NOV 1, 2019
End Date - DEC 15, 2019

| SR # | Type | Location | Area | Created Date | Activity Date | Status | Group | Description |
|---|---|---|---|---|---|---|---|---|
| 19-00173018 | Abandoned Vehicle Complaint | 9011 S YATES BLVD , CHICAGO, IL, 60617 COOK | 7-Ward | Dec 13, 2019 03:28 PM | DEC 26, 2019 08:05 AM | Open | Bureau of Traffic Services - S/S | |
| 19-00173020 | Abandoned Vehicle Complaint | 3939 W 82ND ST , CHICAGO, IL, 60652 COOK | 18-Ward | Dec 13, 2019 03:28 PM | DEC 31, 2019 10:39 AM | Open | Bureau of Traffic Services - S/S | |
| 19-00173027 | Abandoned Vehicle Complaint | 3149 N BROADWAY , CHICAGO, IL, 60657 COOK | 44-Ward | Dec 13, 2019 04:04 PM | JAN 03, 2020 08:51 AM | Open | Bureau of Traffic Services - S/S | Caller didnt have the majority of information for the car except that it had over eight tickets on it He was wondering why it has not been added to the boot list and towed License plate is unknown3149 N BROADWAY ST |
| 19-00173039 | Abandoned Vehicle Complaint | 1610 N WASHTENAW , CHICAGO, IL, 60647 COOK | 1-Ward | Dec 13, 2019 06:31 PM | JAN 02, 2020 09:41 AM | Open | Bureau of Traffic Services - S/S | |
| 19-00173047 | Abandoned Vehicle Complaint | 4348 N SACRAMENTO , CHICAGO, IL, 60618 COOK | 33-Ward | Dec 13, 2019 10:16 PM | DEC 31, 2019 10:48 AM | Open | Bureau of Traffic Services - S/S | |
| 19-00173073 | Abandoned Vehicle Complaint | 4103 W 21ST PL , CHICAGO, IL, 60623 COOK | 24-Ward | Dec 14, 2019 09:14 AM | DEC 27, 2019 09:21 AM | Open | Bureau of Traffic Services - S/S | |
| 19-00173080 | Abandoned Vehicle Complaint | 6245 W 54TH ST , CHICAGO, IL, 60638 COOK | 23-Ward | Dec 14, 2019 10:14 AM | DEC 26, 2019 09:27 AM | Open | Bureau of Traffic Services - S/S | Parked at stated location for over 3 weeks continuously Has 2 flat tires and ownership is unknown to any nearby neighbors Expired city sticker |
| 19-00173085 | Abandoned Vehicle Complaint | 1920 W BERWYN AVE , CHICAGO, IL, 60640 COOK | 40-Ward | Dec 14, 2019 10:41 AM | DEC 23, 2019 09:30 AM | Open | Bureau of Traffic Services - S/S | SAVANNA |
| 19-00173128 | Abandoned Vehicle Complaint | 8129 S WENTWORTH AVE , CHICAGO, IL, 60620 COOK | 21-Ward | Dec 15, 2019 08:40 AM | DEC 24, 2019 08:31 AM | Open | Bureau of Traffic Services - S/S | ACCORD |
| 19-00173134 | Abandoned Vehicle Complaint | 2640 W RASCHER AVE , CHICAGO, IL, 60625 COOK, BETWEEN 2642 AND 2640 W RASCHER | 40-Ward | Dec 15, 2019 10:16 AM | DEC 23, 2019 09:46 AM | Open | Bureau of Traffic Services - S/S | BLAZER |
| 19-00173141 | Abandoned Vehicle Complaint | 4702 N MAGNOLIA , CHICAGO, IL, 60640 COOK | 46-Ward | Dec 15, 2019 11:50 AM | JAN 03, 2020 07:33 AM | Open | Bureau of Traffic Services - S/S | This car has multiple tickets on it and is abandoned It has been parked on the street since midOctober |

CONFIDENTIAL          C063169

**CSR Customer Service Request System**
**Service Request Query Report**

Report Date: Jan 16, 2020 02:35 PM

**Number of Records Printed:** 62

**Query Criteria:** Type - Abandoned Vehicle Complaint
Status - Open
Start Date - NOV 1, 2019
End Date - DEC 15, 2019

| SR # | Type | Location | Area | Created Date | Activity Date | Status | Group | Description |
|---|---|---|---|---|---|---|---|---|
| 19-00173147 | Abandoned Vehicle Complaint | 7224 N CALIFORNIA , CHICAGO, IL, 60645 COOK | 50-Ward | Dec 15, 2019 02:05 PM | DEC 27, 2019 10:06 AM | Open | Bureau of Traffic Services - S/S | business vehicle unique sheet metal and roofing with plow attached |
| 19-00173158 | Abandoned Vehicle Complaint | 2243 N JANSSEN , CHICAGO, IL, 60614 COOK | 2-Ward | Dec 15, 2019 06:38 PM | JAN 03, 2020 09:42 AM | Open | Bureau of Traffic Services - S/S | |

CONFIDENTIAL          C063170