**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Andrea Santiago

                Plaintiff,

v.                                          Case No.: 1:19−cv−04652
                                                             Honorable Matthew F. Kennelly

City of Chicago

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 18, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 2/18/2022. The motion for class certification filing deadline of 2/28/2022 [118] is vacated. Defendants' motion to dismiss [125] is taken under advisement. The Court will set a further status hearing once it issues a ruling on the motion to dismiss. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.