

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
Clerk

Date 4/6/2022

Iris Y. Martinez, Clerk
Circuit Court of Cook County
Richard J. Daley Center
50 W. Washington Street
Chicago, IL  60602

Re:   Santiago v. City Of Chicago
USDC Case Number:  19cv4652
Circuit Court Case Number:     2019 CH 07023

Dear Clerk:

A certified copy of an order entered on 4/5/2022 by the Honorable   Matthew F. Kennelly   , remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

      Sincerely yours,
      Thomas G. Bruton, Clerk

      By: /s/  J. Hollimon
          Deputy Clerk

Enclosure(s)

Rev. 10/05/2016