UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Andrea Santiago

                      Plaintiff,

v.                                                     Case No.: 1:19–cv–04652

                                                              Honorable Nancy L. Maldonado

City of Chicago

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 25, 2024:

       MINUTE entry before the Honorable Nancy L. Maldonado: The parties' agreed motion to stay [190] is granted for the reasons stated in the motion. This case is stayed pending the parties' settlement discussions. By 5/15/2024, the parties shall file a joint status report on the progress of their settlement negotiations, including whether they request a referral to the assigned magistrate judge for a settlement conference, and whether the case should remain stayed. Plaintiff's motion to certify class [136] is denied without prejudice to renewal in the event that the parties' settlement discussions are not successful. The Court will be prepared to promptly rule.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.