**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **ANDREA SANTIAGO**, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **CITY OF CHICAGO**, a Municipal Corporation <br><br> Defendant, | Case No. **19-cv-4652** |

## MOTION TO WITHDRAW GLORI C. BOND AS COUNSEL

Pursuant to Local Rule 83.17, the undersigned counsel, Glori C. Bond, respectfully requests leave to withdraw her appearance as counsel on behalf of Defendant City of Chicago ("City of Chicago") in this matter.

Ms. Bond will be leaving the law firm of Thompson Coburn LLP as of November 18, 2024. Defendant City of Chicago will continue to be represented by counsel from the law firm of Thompson Coburn LLP. Counsel respectfully submits that Defendant City of Chicago will not be prejudiced by the withdrawal of Ms. Bond.

WHEREFORE, the undersigned counsel respectfully requests that the Court enter an order granting this motion, and withdrawing the appearance of Glori C. Bond as counsel for Defendant City of Chicago.

Respectfully submitted,

**THOMPSON COBURN LLP**

*/s/ Glori C. Bond*
Glori C. Bond (6329463)
gbond@thompsoncoburn.com
Thompson Coburn LLP

- 2 -

55 East Monroe Street, 37th Floor
Chicago, IL 60603
(312) 346-7500

James David Duffy (6242374)
dduffy@thompsoncoburn.com
Thompson Coburn LLP
55 East Monroe Street, 37th Floor
Chicago, IL 60603
(312) 346-7500

***Attorneys for Defendant City of Chicago***

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record in this action.

*/s/ Glori C. Bond*